# In the United States Court of Federal Claims

|  |  |
|---|---|
| II JOHN WOOD, <br><br> Plaintiff, <br><br> v. <br><br> THE UNITED STATES OF AMERICA, <br><br> Defendant. | ) <br> ) <br> ) <br> ) No. 16-1383C <br> ) (Filed: July 20, 2021) <br> ) <br> ) <br> ) <br> ) <br> ) |

## ORDER

The Court hereby schedules a status conference for **Monday July 26, 2021 at 11:00AM ET.** Counsel for each party shall appear via Zoom video conferencing. Counsel will be contacted in advance of the status conference with the Zoom log in instructions.

The status conference is for the purposes of discussing: (1) Plaintiff's motion to supplement the administrative record, ECF No. 71; and (2) the Court's Order to Show Cause, ECF No. 73.

The parties shall come prepared to address the following issues:

1. Whether Plaintiff's motion to supplement the administrative record, ECF No. 71, is a motion to supplement or a motion to correct the administrative record.[1]

2. Whether the administrative record the government filed contains a copy of the report of the Formal Physical Evaluation Board. Unfortunately, the government did not see fit to provide a table of contents with the administrative record. The Court's search for the report in the 1500+ page record has been frustrating and ultimately unsuccessful.

---

[1] Although the motion is styled as a motion to supplement, Plaintiff also stated in his motion that the contents he seeks to admit into the record "were before the Government in one form or another at relevant times," ECF No. 71, which suggests that the motion he has filed is one to correct rather than supplement the administrative record. Plaintiff informed the Court that the government opposes the motion, yet counsel for the government did not respond to it. The Court therefore has no way of knowing the government's position regarding whether the documents in the appendix to Plaintiff's motion were before the Board for the Correction of Naval Records or not.

**IT IS SO ORDERED.**

                                              s/ Elaine D. Kaplan
                                              ELAINE D. KAPLAN
                                              Chief Judge